LINDABURY
McCORMICK, ESTABROOK & COOPER, P.C.
Attorneys at Law

Peter M. Burke, Esq.
908-266-6800 ext. 418
pburke@lindabury.com

October 2, 2009

Clerk
United States District Court
District of New Jersey
Martin Luther King Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: Roughton v. Pouschine Cook Capital Management, LLC, et al.**
**<u>Civil Action No. 09-cv-5034</u>**

Dear Sir/Madam:

Please be advised that this letter is being filed as a request for summonses to be issued for the following defendants in the above matter:

1. Pouschine Cook Capital Management, LLC;
2. Pouschine Cook Capital Partners II, LP;
3. IGI Holding Corp.;
4. International Graphics, Inc.;
5. John L. Pouschine;
6. Daniel V. Balzora;
7. Allen Cohen;
8. Kevin Moran; and
9. Stephen Lovass.

Thank you for your attention to this matter.

Very truly yours,

Peter M. Burke

PMB/cb



www.lindabury.com
53 CARDINAL DRIVE | P.O. BOX 2369 | WESTFIELD, NJ 07091-2369 | (908) 233-6800 | FAX (908) 233-5078
SUMMIT, NJ | RUMSON, NJ | NEW YORK, NY | PHILADELPHIA, PA