UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-------------------------------------------------------------X

| | |
|---|---|
| MICHAEL W. ROUGHTON, | : Civil Action No. 2:09-CV-05034-KSH-PS |
| Plaintiff, | : |
| v. | : STIPULATION |
| POUSCHINE COOK CAPITAL MANAGEMENT, LLC, POUSCHINE COOK CAPITAL PARTNERS II, LP, IGI HOLDING CORP., INTERNATIONAL GRAPHICS, INC., JOHN L. POUSCHINE, DANIEL V. BALZORA, ALLEN COHEN, KEVIN MORAN and STEPHEN LOVASS . | : |
| Defendants. | : |

-------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties to the above-captioned action that:

(1) Defendants' counsel accepts service for all Defendants and such service shall be deemed to have been made on October 16, 2009 for all Defendants;

(2) the time for Defendants to move with respect to the Complaint is hereby extended through and including November 13, 2009, and Defendants shall serve their motion papers on counsel for Plaintiff on or before that date, noticed for the Court's December 21, 2009 motion day;

(3) Plaintiff shall serve and file its opposition papers to Defendants' motion papers on or before December 4, 2009;

(4) Defendants shall serve and file their reply papers on or before December 14, 2009; and

DOC ID-10981740.1

(5) neither Plaintiff nor Defendants shall seek an adjournment of the December 21, 2009 motion day under Local Civil Rule 7.1(d)(5) absent opposing counsel's prior agreement to the new motion day.

Dated: October 16, 2009

**Lindabury, McCormick, Estabrook & Cooper, P.C.**

By: _____
Peter M. Burke
Attorneys for Plaintiff
53 Cardinal Drive
P.O. Box 2369
Westfield, New Jersey 07091-2369
(908) 233-6800 (phone)
(908) 233-5078 (fax)

*Attorneys for Plaintiff*

**Schulte Roth & Zabel LLP**

By: _____
Howard O. Godnick
Christopher H. Giampapa
919 Third Avenue
New York, New York 10022
(212) 756-2000 (phone)
(212) 593-5955 (fax)

**Drinker Biddle & Reath LLP**

By: _____
Frank F. Velocci
500 Campus Drive
Florham Park, New Jersey 07932
(973) 549-7078 (phone)
(973) 360-9381 (fax)

*Attorneys for Defendants*