UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL ROUGHTON, | Civil Action No. 09-5034 (KSH) |
| Plaintiff, | |
| v. | ORDER ON INFORMAL APPLICATION |
| POUSCHINE COOK, CAPITAL MGT. | |
| Defendants. | |

This matter having come before the Court on its review of the docket;

and the docket reflecting that the parties have entered a stipulation concerning the schedule for briefing a motion to dismiss;

and the Court requiring the parties to participate in a pre-motion conference before such motions may be filed;

and the Court directing the parties to submit a letter concerning the proposed motion and requesting a telephone conference;

IT IS THEREFORE ON THIS 23rd day of October, 2009

ORDERED that no action will be taken on the stipulation, which is filed as Docket Entry No. 6, at this time;

IT IS FURTHER ORDERED that if a party intends to file a motion in lieu of an Answer, then the party shall submit a letter that briefly sets forth the basis for the motion and requests a

telephone conference. The letter shall also include dates on which the parties are available for a telephone conference.

s/Patty Shwartz
UNITED STATES MAGISTRATE JUDGE