**LINDABURY, McCORMICK, ESTABROOK & COOPER, P.C.**
ATTORNEYS AT LAW
53 Cardinal Drive
P.O. Box 2369
Westfield, New Jersey 07091-2369
(908) 233-6800 (phone)
(908) 233-5078 (fax)
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Michael W. Roughton,<br><br>Plaintiff,<br><br>vs.<br><br>Pouschine Cook Capital Management, LLC, Pouschine Cook Capital Partners II, LP, IGI Holding Corp., International Graphics, Inc., John L. Pouschine, Daniel V. Balzora, Allen Cohen, Kevin Moran and Stephen Lovass,<br><br>Defendants. | Civil Action No. 09-cv-5034<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Please take notice that plaintiff is hereby dismissing, without prejudice, the Complaint and Jury Demand.

LINDABURY, McCORMICK
ESTABROOK & COOPER, P.C.
53 Cardinal Drive
Westfield, New Jersey 07091

_/s/ Peter M. Burke_
By: Peter M. Burke, Esq.
Attorneys for Plaintiff

Dated: November 13, 2009

2294877v1