**Jacques C. Raymond**
**Antonine C. Fileus**
61 Alison Road
Roselle, New Jersey 07203
Plaintiffs, Pro Se

| | |
|---|---|
| JACQUES C. RAYMOND and ANTONINE C. FILEUS,<br><br>                              Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC. and ROUTE 22 NISSAN,<br><br>                              Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION ó UNION COUNTY<br>SPECIAL CIVIL PART<br><br>Docket No. DC-016830-08<br><br>Civil Action<br><br>**NOTICE OF DISMISSAL**<br>**WITH PREJUDICE** |

Take notice that the above-entitled action is hereby dismissed with prejudice and without costs as to Nissan North America, Inc.

Plaintiffs

_____
     Jacques C. Raymond

_____
     Antonine C. Fileus

Dated:  October _____, 2008

2230809v1